UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO BANK, | No. C 12-00508 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| CHARLAMAINE LOZANO, | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a case management conference was scheduled on May 11, 2012, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **May 25, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's and Defendant's failure to appear at the case management conference on May 11, 2012, for failure to prosecute, or in the alternative, why this matter should not be remanded to San Mateo County Court for lack of subject matter jurisdiction. A case management conference is also scheduled for May 25, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: May 15, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge